# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

August 12, 2020

Before

FRANK H. EASTERBROOK, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| Nos. 19-3011 & 19-3125<br><br>TYLER N. JAXSON,<br>    *Plaintiff-Appellee, Cross-Appellant,*<br><br>        *v.*<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br>    *Defendant-Appellant, Cross-Appellee.* | Appeals from the United States District Court for the Northern District of Illinois, Western Division.<br><br>No. 17 CV 50090<br>Lisa A. Jensen, *Magistrate Judge.* |

**Order**

The Commissioner of Social Security filed on August 7, 2020, a document styled "PETITION FOR PANEL REHEARING". It does not seek a change in the judgment, however, and we treat it as a request to amend the opinion. So understood, the request is granted, and the opinion of this court issued on June 26, 2020, is amended.